**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Suzette Grace Rodriguez v. Scott Sessions Harris
26-CV-02319 (DLF)
Lower Court Case No. 2026-CAB-003234

---

**RESPONSE PLEADING: FED. R. CIV. P. 16 WITHOUT CONCERN TO DISCLOURES, FED. R. CIV. P. 26 THAT DO NOT WAIVE DISCOVERY.**

**SUBJECT MATTER JURISDICTION (FREP-301)**

The defendant appears onto docket/12 with arguments that discredit efforts made to the case that which show cause to general case commencement under the rules of court AND law; the federal employee removes his own self into the federal court from the DC-Superior in order to receive equitable, due process. This high clerk has jurisdiction to affirm such claims in his capacity under Federal Rules of Evidence (FREP)/703.

He demands representation under the law for claims made against him that warrant mere removal of his capacity as the highest clerk in our nation, over 20 years now[1], in order to display our judicial environment is unbiased in it's entirety. But the preponderance sua sponte show that the employee commits to competent malefeasance that instead block hierarchical court administration in his Supreme Court authorization[2] & through mail fraud. His actions would culturally be non-adverse evenwhile he qualifies for an at-will, termination: *Dobbs v. Jackson's*, the investigation of multiple court staff that rule out any knowledge as to the leaked opinion (draft) through their non-disclosure agreement in and for their "loyalty" to the courts.

---

[1] https://www.supremecourt.gov/publicinfo/press/pressreleases/pr_07-01-13
[2] https://www.fjc.gov/history/administration/court-officers-and-staff-clerks-court

RECEIVED
AUG 14 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Subsequent the corrective action in the SCOTUS-FREP/407, strike two under his administration are the claims in THIS case against him in which breach exemplary United States Judicial Policy-Vol.2[3], Ethical and Judicial Conduct, Code of Conduct: Canon 4-*Outside Activities* (page 10) and is confirmed under FREP/902 by his certifications that resist due process of a petitioners request, matters worse, a simple, criminal mandamus, review and it's settlement conference order as compelled in the Federal Court of Claims[4]. Meanwhile *he* expects a fair trial.

**SUMMARY JUDGEMENT**

IN ORDER for this case to proceed, this court must accept the facts as entered into the electronic filing motion that prove filing privilege was previously granted in 3 other federal courts-docket/11. Other wise percuriam, this court supports the defendants continued threat to stare decisis as a guide to clerk/court administration under 1) perjury, 2) evadeing the obvious and 3) breaking court rules as a baseless scope of leadership.

**CERTIFICATE OF SERVICE**
**08/14/2026**
**I, SUZETTE GRACE RODRIGUEZ,**
**PRO SE,**
**CONFIRM ELECTRONIC PROCESS**
**TO ALL PARTIES OF INTEREST.**
**custombagsbygrace@gmail.com**
**561-618-0735**

[3] https://www.uscourts.gov/sites/default/files/guide-vol02a-ch03-2.pdf
[4] One of three venues approved for e-file as emails to the clerk in leiu of CM/ECF privilege.